FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 MAR -6  PM 3: 26

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

BEAUFORD TAYLOR,

         Petitioner,

    v.

WAYNE V. BENNETT, Sheriff,

         Respondent.

CIVIL ACTION NO.: CV205-234

## O R D E R

    Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Petitioner is hereby **ORDERED** to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty (20) days of the date of this Order.  Should Petitioner not timely respond to Respondent's motion, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

    **SO ORDERED**, this _6th_ day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)